IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLIE SCOTT,
    Petitioner,

vs.                                            Case No. 5:09cv204/RS/EMT

C. EICHENLAUB,
    Respondent.
_____/

## O R D E R

This cause is before the court on Respondent's answer (Doc. 13) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1). Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support of denial. It appears that the interest of justice would best be served by allowing Petitioner an opportunity to reply to the answer.

Accordingly, it is therefore **ORDERED**:

Petitioner shall reply to the answer (Doc. 13) within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 15th day of September 2009.

                /s/ *Elizabeth M. Timothy*
                **ELIZABETH M. TIMOTHY**
                **UNITED STATES MAGISTRATE JUDGE**