IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLIE SCOTT,
    Petitioner,

vs.                                                 Case No. 5:09cv204/RS/EMT

C. EICHENLAUB,
    Respondent.
_____/

**O R D E R**

    This cause filed pursuant to 28 U.S.C. § 2241 is before the court on Petitioner's "Motion to Join Party as Defendant Pursuant to Federal Rules of Civil Procedure, Rule 19 and 21" (Doc. 27). Respondent will be required to file a response to the motion no later than **NOVEMBER 6, 2009**.

    Accordingly, it is therefore **ORDERED**:

    Respondent shall file a response to Petitioner's motion no later than **NOVEMBER 6, 2009**.

    **DONE AND ORDERED** this 15th day of September 2009.

                                                            /s/ *Elizabeth M. Timothy*
                                                            **ELIZABETH M. TIMOTHY**
                                                            **UNITED STATES MAGISTRATE JUDGE**